1  LAWRENCE J.H. LIU (SBN 312115)
   lawrence@frostllp.com
2  DAVID TIRATURYAN (SBN 350995)
   david1@frostllp.com
3  FROST LLP
   10960 Wilshire Boulevard, Suite 2100
4  Los Angeles, California 90024
   Telephone: (424) 254-0441
5  Facsimile: (424) 600-8504

6  Attorneys for Plaintiff
   CROWN IMPORT AND EXPORT LTD.
7

8  ERIC C. MORRIS (SBN 243425)
   emorris@lawsclg.com
9  SOUTHERN CALIFORNIA LAWYERS GROUP, P.C.
   5891 Pine Avenue, Suite A-1
10 Chino Hills, CA 91709
   Telephone: (909) 466-4400
11 Facsimile: (909) 839-5004

12 Attorney for Defendants
   ASCENDANCE APPARELS, LLC and
13 MAHESH HARWANI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CROWN IMPORT AND EXPORT LTD. a Hong Kong Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASCENDANCE APPARELS, LLC, a California Limited Liability Company; MAHESH HARWANI, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 2:23-cv-00961-HDV-JPR<br><br>*Assigned to: Hon. Judge Hernán D. Vera*<br>*Referred to: Magistrate Judge Jean P. Rosenbluth*<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Action Filed:    February 9, 2023 |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Crown Import and Export Ltd. and Defendants Ascendance Apparels, LLC and Mahesh Harwani (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, the above-entitled action and all claims and defenses asserted therein. Each party shall bear its own attorneys' fees, costs, and expenses.

The Parties further stipulate that the Court shall retain jurisdiction to enforce the terms of their settlement agreement.

DATED: February 7, 2025        FROST LLP

By: _____
LAWRENCE J. H. LIU
Attorneys for Plaintiff
CROWN IMPORT AND EXPORT LTD.


DATED: February 7, 2025        SOUTHERN CALIFORNIA LAWYERS GROUP, P.C.

By: _____
ERIC C. MORRIS
Attorneys for Defendants
ASCENDANCE APPARELS, LLC and
MAHESH HARWANI

**CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filed hereby certifies that all signatories listed above have concurred in the filing of this document.

DATED:  February 7, 2025            FROST LLP

By: _____
LAWRENCE J. H. LIU
Attorneys for Plaintiff
CROWN IMPORT AND EXPORT LTD.