JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CROWN IMPORT AND EXPORT LTD. a Hong Kong Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASCENDANCE APPARELS, LLC, a California Limited Liability Company; MAHESH HARWANI, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 2:23-cv-00961-HDV-JPR<br><br>*Assigned to: Hon. Judge Hernán D. Vera*<br>*Referred to: Magistrate Judge Jean P. Rosenbluth*<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**<br><br>Action Filed:     February 9, 2023 |

Pursuant to the Joint Stipulation for Dismissal filed by Plaintiff Crown Import and Export Ltd. and Defendants Ascendance Apparel, LLC and Mahesh Harwani (collectively, the "Parties"), and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The above-captioned action and all claims and defenses asserted therein are **DISMISSED**, with prejudice.

2. Each party shall bear its own attorneys' fees, costs, and expenses.

3. The Court shall retain jurisdiction to enforce the terms of the settlement agreement entered into by the Parties.

**IT IS SO ORDERED.**

DATED: 02/11/25

Hon. Hernan D. Vera
United States District Judge